UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| FLOYD KOONTZ, | ) | CASE NO. C05-1119-TSZ-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DENYING PLAINTIFF'S |
| | ) | SECOND MOTION FOR |
| REED HOLTGEERTS, et al., | ) | APPOINTMENT OF COUNSEL |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff has filed a second motion for appointment of counsel. (Doc. #17). The court denied plaintiff's first motion for appointment of counsel on September 23, 2005. (Doc. #12). Attached to plaintiff's second motion is a letter that he apparently sent to an individual named "Scott Schmidt." The letter states that Mr. Schmidt has been appointed to represent plaintiff. (Doc. #12, Exhibit at 1). However, Mr. Schmidt has not been appointed by this court, nor has he entered an appearance on behalf of plaintiff. Having reviewed plaintiff's second motion for appointment of counsel and the balance of the record, the court does hereby find and ORDER:

(1) Plaintiff's second motion for appointment of counsel (Doc. #12) is DENIED, for the same reasons cited in the court's Order of September 23, 2005. If Scott Schmidt is indeed

ORDER DENYING PLAINTIFF'S SECOND
MOTION FOR APPOINTMENT OF COUNSEL
PAGE -1

01  representing plaintiff in this matter, then Mr. Schmidt should enter an appearance on plaintiff's

02  behalf.

03      (2)   The Clerk is directed to send copies of this Order to plaintiff, to counsel for

04  defendants, and to the Honorable Thomas S. Zilly.

05      DATED this 18th day of October, 2005.

06                                           [signature]

07                                           Mary Alice Theiler
                                             United States Magistrate Judge

ORDER DENYING PLAINTIFF'S SECOND
MOTION FOR APPOINTMENT OF COUNSEL
PAGE -2