UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| FLOYD EDWARD KOONTZ, | ) | CASE NO. C05-1119-TSZ-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER TO SHOW CAUSE |
| | ) | |
| REED HOLTGEERTS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff has filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. (Dkt. #8). Defendants were ordered by the court to file an answer to the complaint by November 18, 2005. (Dkt. #11). To date, however, defendants have neither filed the answer nor sought an extension of time in which to do so. Accordingly, it is hereby ORDERED:

(1)   Defendants shall show cause within 21 days from receipt of this Order why plaintiff should not be granted relief.

/ / /

/ / /

/ / /

ORDER TO SHOW CAUSE
PAGE -1

(2)   The Clerk is directed to send a copy of this Order to counsel for defendants, to plaintiff, and to the Honorable Thomas S. Zilly.

DATED this  6th  day of  December, 2005.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

ORDER TO SHOW CAUSE
PAGE -2